```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF KANSAS


PABLO CARDOSO-CONSUEGRA, et al.,

                        Petitioners,

          v.                                  CASE NO. 05-3051-RDR

KEN CARLSON,

                        Respondent.
```

**PROTECTIVE ORDER**

Petitioners proceed with appointed counsel in this consolidated habeas action under 28 U.S.C. 2241. Before the court is petitioners' motion for access to the exhibits submitted *in camera* by respondent in this matter. The court has reviewed respondent's proposed conditions to petitioners' access to this sensitive material (Doc. 30), and adopts these conditions herein.

Petitioners' counsel is granted access to the exhibits submitted *in camera* by respondent subject to the following conditions for limiting the disclosure and protecting the confidentiality of said documents:

(1) The in camera exhibits are only used as is necessary to prepare for and litigate this action.

(2) The distribution, disclosure and use of the in camera exhibits are limited to petitioner's counsel, persons employed by petitioner's counsel, or associated with them who are involved in the preparation and trial of this case, and prospective witnesses on a "need to know" basis.

(3) In the event any of the in camera exhibits are in any

way disclosed to any witness or in any pleading, motion, deposition transcript or other paper filed with the clerk of the court, the in camera exhibits will be enclosed in an envelope which will be distinctly marked "confidential."

(4) When no longer required for use in connection with this case, the in camera exhibits disclosed by authority of this order shall be destroyed by the petitioner's counsel.

(5) This order shall not be deemed a ruling on any other objection that any party may have to discovery or to the admissibility of evidence.

(6) All necessary precautions must be taken to prevent dissemination to the general public, including, but not limited to physically securing, safeguarding, and restricting access to the in camera exhibits. The confidentiality of the in camera exhibits shall be perpetual.

IT IS THEREFORE ORDERED that petitioners' motion (Doc. 27) for access to the *in camera* exhibits submitted by respondent in this case is granted, subject to the conditions stated by the court.

DATED:  This 23rd day of August 2005, at Topeka, Kansas.

                                       s/ Richard D. Rogers
                                      RICHARD D. ROGERS
                                      United States District Judge